IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR271 |
| vs. | |
| MARCO AMBRIS, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [42]. Counsel is seeking additional time to complete the investigation into the defendant's defense and to share the results with the defendant. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [42] granted as follows:

1. The jury trial, now set for October 31, 2017 is continued to **December 5, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 5, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 30th day of October, 2017.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge